**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-Mail: scott@drurylegal.com

**ARISOHN LLC**
Joshua D. Arisohn (admitted *pro hac vice*)
94 Blakeslee Rd.
Litchfield, CT 06759
Telephone: (646) 837-7150
Email: josh@arisohnllc.com

**KINGFISHER LAW APC**
Nithin Kumar
P.O. Box 492415
Los Angeles, CA 90049-9998
Telephone: (408) 930-3580
Email: nithin@kingfisherlawapc.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS FARRELL, individually and on behalf of all other persons similarly situated,<br><br>                         Plaintiff,<br><br>      v.<br><br>LINKEDIN CORPORATION,<br><br>                    Defendant. | Case No. 3:26-cv-02953-VC<br><br>**SUPPLEMENTAL DECLARATION OF JOSHUA D. ARISOHN IN SUPPORT OF MOTION TO CONSOLIDATE AND TO APPOINT INTERIM CLASS COUNSEL**<br><br>Date: June 25, 2026<br>Time: 10:00 a.m.<br>Dept.: Courtroom 4 – 17th Floor<br>Judge: Hon. Vince Chhabria |

I, Joshua D. Arisohn, declare as follows:

1.    I am an attorney and the founding member of Arisohn LLC. I am licensed to practice law in the State of New York and admitted in this matter *pro hac vice*. I represent Plaintiff Nicholas Farrell in this matter and have personal knowledge of the facts set forth in this Declaration and am competent to testify to its contents.

2.    I submit this Declaration in support of Plaintiff's motion to consolidate, pursuant to Federal Rule of Civil Procedure 42(a), the cases captioned *Farrell v. LinkedIn Corporation*, No. 3:26-cv-02953-VC (N.D. Cal.), and *Ganan v. LinkedIn Corporation*, No. 5:26-cv-2968-VC (N.D. Cal.), and to appoint Scott R. Drury of Drury Legal, LLC and Joshua D. Arisohn of Arisohn LLC as Interim Co-Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

3.    **Exhibit A**, hereto, is a true and correct copy of an April 8, 2026 article from Ars Technica entitled *LinkedIn scanning users' browser extensions sparks controversy and two lawsuits*, available at https://arstechnica.com/tech-policy/2026/04/linkedin-scanning-users-browser-extensions-sparks-controversy-and-two-lawsuits/ (last checked June 8, 2026).

4.    On or about April 24, 2026, I met with J.R. Howell, counsel for Plaintiff Ganan, by Zoom.  During that initial meeting, I expressed my sincere desire that we would be able to work together cooperatively on this matter.

5.    On or about May 12, 2026, I again met with Mr. Howell by Zoom, this time with my co-counsel Scott R. Drury.  During that call, I asked Mr. Howell about his relationship with Fairlinked.  Mr. Howell refused to provide a substantive response.  I again expressed my hope that we would be able to work together on this case.  Mr. Howell was non-committal but agreed that I should send him a proposed joint prosecution agreement.

6.    On or about May 13, 2026, I emailed Mr. Howell a draft joint prosecution agreement.  Both my email and the name of the document indicated that it was merely a draft. Later that day, Mr. Howell called me and expressed displeasure with the proposed assignment of responsibility for the case set out in the draft joint prosecution agreement.  I explained to Mr.

-1-

SUPPLEMENTAL DECLARATION OF JOSHUA D. ARISOHN
CASE NO. 3:26-CV-02953-VC

Howell that it was merely an initial position and invited a counterproposal.  Mr. Howell then stated that he was not currently interested in jointly working on the matters and made no counterproposal.  When Mr. Howell asked where that left things, I stated that Plaintiff Farrell would likely file a motion to consolidate the matters and for appointment of his counsel as interim class counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 9, 2026 at Brooklyn, New York.

/s/ Joshua D. Arisohn
Joshua D. Arisohn

-2-

SUPPLEMENTAL DECLARATION OF JOSHUA D. ARISOHN
CASE NO. 3:26-CV-02953-VC