UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS FARRELL,<br>Plaintiff,<br>v.<br>LINKEDIN CORPORATION,<br>Defendant. | 26-cv-02953-VC<br>**JUDGMENT** |

As the deadline for Farrell to file an amended complaint has passed, judgment is now entered in accordance with the order dismissing this case. *See* Dkt. No. 48. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 30, 2026

VINCE CHHABRIA
United States District Judge